IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD LEITSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| DAVID ROBERTS, AND STEVE | § | |
| KRETSCHMAR, | § | |
| | § | |
| Defendants. | § | |

## INDEX OF STATE COURT DOCUMENTS

Pursuant to Rule 82.1 of the Local Rules of the United States District Court for the Northern District of Texas, the following is an index of all documents that clearly identifies each document and indicates the date the document was filed in the Dallas County District Clerk in this case:

| Exhibit | Date | Document |
|---|---|---|
| B | | Docket Sheet |
| B-1 | 09/13/2016 | Original Petition |
| B-2 | 09/13/2016 | Civil Case Information Sheet |
| B-3 | 09/13/2016 | Request for Service |
| B-4 | 09/13/2016 | Citations Issued: Allstate Vehicle and Property Insurance Company, Steve Kretschmar, and David Roberts |
| B-5 | 09/28/2016 | Return of Service - Citation executed on 09/26/16 to Steve Kretschmar via Certified Mail |
| B-6 | 10/10/2016 | Return of Service - Citation executed on 09/27/16 to Allstate Vehicle and Property Insurance Company via Certified Mail |
| B-7 | 10/10/2016 | Return of Service - Citation executed on 09/28/16 to David Roberts via Certified Mail |
| B-8 | 10/24/2016 | Defendants Allstate Vehicle and Property Insurance Company, David Roberts and Steve Kretschmar's Original Answer |

INDEX OF STATE COURT DOCUMENTS - PAGE 1
2578155v1
03646.668

