## Case Information

DC-16-11723 | TODD LEITSTEIN vs. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

| | | |
|---|---|---|
| Case Number<br>DC-16-11723 | Court<br>298th District Court | File Date<br>09/13/2016 |
| Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN | |

## Party

**PLAINTIFF**
LEITSTEIN, TODD

Address
6909 Quarterway Drive
Dallas TX 75248

Active Attorneys ▼
Lead Attorney
MENGIS, STEPHEN
Retained

Work Phone
832-415-1432

Fax Phone
281-940-2137

**DEFENDANT**
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY

Address
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
HIGGINS, ROGER D.
Retained

Work Phone
214-871-8200

Fax Phone
214-871-8209



EXHIBIT B

**DEFENDANT**
ROBERTS, DAVID

Address
P.O. BOX 672041
DALLAS TX 75267

Active Attorneys ▼
Lead Attorney
HIGGINS, ROGER D.
Retained

Work Phone
214-871-8200

Fax Phone
214-871-8209

**DEFENDANT**
KRETSCHMAR, STEVE

Address
624 WEST BEDFORD EULESS ROAD
UNIT A
HURST TX 76053

Active Attorneys ▼
Lead Attorney
HIGGINS, ROGER D.
Retained

Work Phone
214-871-8200

Fax Phone
214-871-8209

## Events and Hearings

09/13/2016 NEW CASE FILED (OCA) - CIVIL

09/13/2016 ORIGINAL PETITION ▼

Leitstein_Original Petition.pdf

09/13/2016 CASE FILING COVER SHEET ▼

Leitstein_Civil Case Information Sheet.pdf

09/13/2016 REQUEST FOR SERVICE ▼

Leitstein_Letter to Clerk.pdf

09/13/2016 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

Comment
9214 8901 0661 5400 0092 6234 97 // 9214 8901 0661 5400 0092 6237 25//9214 8901 0661 5400 0092 6238 48

09/13/2016 JURY DEMAND

09/21/2016 CITATION▼

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
10/10/2016
Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
10/10/2016
Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned
09/28/2016
Comment
CERT MAIL/CM

09/28/2016 RETURN OF SERVICE ▼

RETURN OF SERVICE

Comment
CIT EXEC 9/26/16 TO STEVE KRETSCHMAR CERT MAIL

10/10/2016 RETURN OF SERVICE ▼

DAVID ROBERTS

Comment
CIT EXEC 9/28/16 TO DAVID ROBERTS CERT MAIL

10/10/2016 RETURN OF SERVICE ▼

ALLSTATE

Comment
CIT EXEC 9/27/16 TO ALLSTATE VEHICLE AND PROPERTY INS CO CERT MAIL

10/24/2016 ORIGINAL ANSWER - GENERAL DENIAL ▼

Defendants' Original Answer (Leitstein).pdf

## Financial

LEITSTEIN, TODD

| | | |
|---|---|---|
| Total Financial Assessment | | $648.00 |
| Total Payments and Credits | | $648.00 |

| Date | Description | Receipt | Name | Amount |
|---|---|---|---|---|
| 9/15/2016 | Transaction Assessment | | | $648.00 |
| 9/15/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 58752-2016-DCLK | LEITSTEIN, TODD | ($648.00) |

## Documents

Leitstein_Original Petition.pdf

Leitstein_Civil Case Information Sheet.pdf

Leitstein_Letter to Clerk.pdf

ISSUE CITATION

ISSUE CITATION
ISSUE CITATION
RETURN OF SERVICE
DAVID ROBERTS
ALLSTATE
Defendants' Original Answer (Leitstein).pdf