# CHAD T. WILSON LAW FIRM, PLLC

CHAD T. WILSON – Attorney at Law                                    cwilson@cwilsonlaw.com

September 13, 2016

Ms. Felicia Pitre
Dallas County District Clerk's Office            DC-16-11723
600 Commerce Street, Suite 103
Dallas, Texas 75202

RE: Cause No.:_____; *Todd Leitstein v. Allstate Vehicle and Property Insurance Company, David Roberts, and Steve Kretschmar*; In the _____ District Court, Dallas County, Texas

Dear Ms. Pitre:

    Please prepare three (3) citations for the following and have served by Certified Mail Return Receipt Requested through the court:

1. Allstate Vehicle and Property Insurance Company
   c/o CT Corporation System
   1999 Bryan Street, Suite 900
   Dallas, Texas 75201-3136

2. David Roberts
   P.O. Box 672041
   Dallas, Texas 75267

3. Steve Kretschmar
   624 West Bedford Euless Road, Unit A
   Hurst, Texas 76053

    I understand there is a charge for this service and an additional charge to attach a copy of the Original Petition to the citation will be charged.

    If any additional information is needed, feel free to contact this office. Thank you for your cooperation and assistance.

Sincerely yours,

[signature]

---

1322 Space Park Drive, Suite A155                 EXHIBIT B-3                 Telephone: (832) 415-1432
Houston, Texas 77058                                                          Facsimile: (281) 940-2137

## CHAD T. WILSON LAW FIRM, PLLC

CHAD T. WILSON – Attorney at Law                              cwilson@cwilsonlaw.com

Chad T. Wilson  
Texas State Bar No. 24079587