FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To:
    ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
    SERVE ITS REG AGENT CT CORPORATION SYSTEM
    1999 BRYAN STREET SUITE 900
    DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TODD LEITSTEIN**

Filed in said Court **13th day of September, 2016** against

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS AND STEVE KRETSCHMAR**

For Suit, said suit being numbered **DC-16-11723,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    CARMEN MOORER



---

**CERT MAIL**

CITATION

DC-16-11723

TODD LEITSTEIN
vs.
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, et al

ISSUED THIS
21st day of September, 2016

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
STEPHEN MENGIS
1322 SPACE PARK DRIVE
SUITE A155
HOUSTON TX 77058
832-415-1432

DALLAS COUNTY CONSTABLE
FEES    FEES NOT
PAID    PAID


EXHIBIT B-1

# OFFICER'S RETURN

Case No. : DC-16-11723

Court No. 298th District Court

Style: TODD LEITSTEIN

vs.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20_____ at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____.

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|                      |         |                          |
|----------------------|---------|--------------------------|
| For serving Citation | $_____ | _____ |
| For mileage          | $_____ | of _____ County,    |
| For Notary           | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

Notary Public _____ County _____

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:
    DAVID ROBERTS
    P O BOX 672041
    DALLAS TX 75267

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TODD LEITSTEIN**

Filed in said Court **13th day of September, 2016** against

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS AND STEVE KRETSCHMAR**

For Suit, said suit being numbered **DC-16-11723**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    CARMEN MOORER

---

| CERT MAIL |
|---|
| CITATION |

DC-16-11723

**TODD LEITSTEIN**
vs.
**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al**

ISSUED THIS
21st day of September, 2016

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
STEPHEN MENGIS
1322 SPACE PARK DRIVE
SUITE A155
HOUSTON TX 77058
832-415-1432

DALLAS COUNTY CONSTABLE
FEES    FEES NOT
PAID    PAID

# OFFICER'S RETURN

Case No. : DC-16-11723

Court No. 298th District Court

Style: TODD LEITSTEIN

vs.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:
STEVE KRETSCHMAR
624 W BEDFORD EULESS RD UNIT A
HURST TX 76053

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TODD LEITSTEIN**

Filed in said Court **13th day of September, 2016** against

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS AND STEVE KRETSCHMAR**

For Suit, said suit being numbered **DC-16-11723,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
CARMEN MOORER

---

CERT MAIL

CITATION

DC-16-11723

TODD LEITSTEIN
vs.
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

ISSUED THIS
21st day of September, 2016

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

Attorney for Plaintiff
STEPHEN MENGIS
1322 SPACE PARK DRIVE
SUITE A155
HOUSTON TX 77058
832-415-1432

DALLAS COUNTY CONSTABLE
FEES         FEES NOT
PAID         PAID

# OFFICER'S RETURN

Case No. : DC-16-11723

Court No. 298th District Court

Style: TODD LEITSTEIN

vs.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____ .M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|                     |          |                              |
|---------------------|----------|------------------------------|
| For serving Citation| $_____ | _____ |
| For mileage         | $_____ | of_____County. _____ |
| For Notary          | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____.

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____