## OFFICER'S RETURN

FILED
16 OCT 10 AM 2:24

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

Case No. : DC-16-11723

Court No. 298th District Court

Style: TODD LEITSTEIN

vs.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

Came to hand on the __21st__ day of __Sept__, 20__16__, at __10:15__ o'clock __A__.M. Executed at __1999 Bryan St ste 900 Dallas TX 75202__ within the County of __Dallas__ at __8:57__ o'clock __A__.M. on the __27th__ day of __September__, 20__16__, by delivering to the within named __Allstate Vehicle and Property Insurance Company by serving its registered agent CT Corporation System by US certified mail return receipt received and signed by Christopher Wells__

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

For serving Citation   $ __76.00__   __Christopher Wells__
For mileage            $ _____    of _____ County, _____
For Notary             $ _____    By __Carmen Moorer__ Deputy
                                     (Must be verified if served outside the State of Texas)

FELICIA PITRE
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ____,

to certify which witness my hand and seal of office.

Notary Public _____ County _____



EXHIBIT B-6

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:
    ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
    SERVE ITS REG AGENT CT CORPORATION SYSTEM
    1999 BRYAN STREET SUITE 900
    DALLAS TX 75201

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TODD LEITSTEIN**

Filed in said Court **13th day of September, 2016** against

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS AND STEVE KRETSCHMAR**

For Suit, said suit being numbered **DC-16-11723,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
    CARMEN MOORER

---

**CERT MAIL**

CITATION

DC-16-11723

**TODD LEITSTEIN**
vs.
**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al**

ISSUED THIS
21st day of September, 2016

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
STEPHEN MENGIS
1322 SPACE PARK DRIVE
SUITE A155
HOUSTON TX 77058
832-415-1432

DALLAS COUNTY CONSTABLE
FEES    FEES NOT
PAID    PAID


**UNITED STATES POSTAL SERVICE**

Date: September 27, 2016

MAIL MAIL:

The following is in response to your September 27, 2016 request for delivery information on your Certified Mail™/RRE item number 9214890106615400092623725. The delivery record shows that this item was delivered on September 27, 2016 at 8:57 am in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service


The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 9214890106615400092623725
DC16-11723 DPRO/CM
CT CORPORATION SYSTEM
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
1999 BRYAN ST STE 900
DALLAS, TX 75201-3140

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN SR COURT BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689



9214 8901 0661 5400 0092 6237 25

**RETURN RECEIPT (ELECTRONIC)**

**DC16-11723 DPRO/CM**

CT CORPORATION SYSTEM
ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
1999 BRYAN ST STE 900
**DALLAS, TX 75201-3140**

············ CUT / FOLD HERE ············

6"X9" ENVELOPE
CUT / FOLD HERE

············ CUT / FOLD HERE ············