## OFFICER'S RETURN

FILED

16 OCT 10 AM 11: 13

FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
_____ DEPUTY

Case No. : DC-16-11723

Court No. 298th District Court

Style: TODD LEITSTEIN

vs.

ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al

Came to hand on the __21st__ day of __Sept__ , 20 __16__ , at __3__ o'clock __P__ .M. Executed at __P.O. Box 672041 Dallas tx 75267__

within the County of __Dallas__ at __5:22__ o'clock __A__ .M. on the __28th__ day of __Sept__

20 __16__ , by delivering to the within named __David Roberts__

__by us certified mail restricted delivery return receipt__

__reused and signed by illegible signature__

each. in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation      $ __76.00__          __illegible signature__

For mileage               $_____          of _____ County.

For Notary                $_____          By _____

(Must be verified if served outside the State)   CARMEN MOORER

**FELICIA PITRE**
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

Signed and sworn to by the said _____ before me this _____ day of _____ , 20_____ ,

to certify which witness my hand and seal of office.

Notary Public _____ County _____


EXHIBIT B-7

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

**DAVID ROBERTS**
**P O BOX 672041**
**DALLAS TX 75267**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TODD LEITSTEIN**

Filed in said Court **13th day of September, 2016** against

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS AND STEVE KRETSCHMAR**

For Suit, said suit being numbered <u>DC-16-11723,</u> the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 21st day of September, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
CARMEN MOORER

---

**CERT MAIL**

**CITATION**

DC-16-11723

**TODD LEITSTEIN**
vs.
**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, et al**

ISSUED THIS
**21st day of September, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARMEN MOORER, Deputy

**Attorney for Plaintiff**
STEPHEN MENGIS
1322 SPACE PARK DRIVE
SUITE A155
HOUSTON TX 77058
832-415-1432

DALLAS COUNTY CONSTABLE
FEES          FEES NOT
PAID          PAID

 **UNITED STATES POSTAL SERVICE.**

Date: September 28, 2016

MAIL MAIL:

The following is in response to your September 28, 2016 request for delivery information on your Certified Mail™/RRE item number 92148901066154000092623497.  The delivery record shows that this item was delivered on September 28, 2016 at 5:22 am in DALLAS, TX  75260. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 92148901066154000092623497
DC16-11723 DPRO/CM
DAVID ROBERTS
PO BOX 672041
DALLAS, TX  75267-2041

FELICIA PITRE
DISTRICT CLERK
GEORGE L ALLEN SR COURT BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4689



9214 8901 0661 5400 0092 6234 97

**RETURN RECEIPT (ELECTRONIC)**

**DC16-11723 DPRO/CM**

DAVID ROBERTS
PO BOX 672041
**DALLAS, TX  75267-2041**

................................................ CUT / FOLD HERE ................................................

................................................ 6"X9" ENVELOPE
CUT / FOLD HERE ................................................

................................................ CUT / FOLD HERE ................................................