FILED
DALLAS COUNTY
10/24/2016 12:00:00 AM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-16-11723

| | | |
|---|---|---|
| TODD LEITSTEIN, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| vs. | § § | DALLAS COUNTY, TEXAS |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS, AND STEVE KRETSCHMAR | § § § § | 298th JUDICIAL DISTRICT |
| Defendants. | | |

### DEFENDANTS ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS, AND STEVE KRETSCHMAR'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Allstate Vehicle and Property Insurance Company, David Roberts and Steve Kretschmar ("Defendants"), and files this Original Answer to Plaintiff's Original Petition and would respectfully show the following:

### I.
### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each and every, all and singular, the allegations contained within Plaintiff's Original Petition, and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

### II.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Allstate Vehicle and Property Insurance Company, David Roberts and Steve Kretschmar pray that upon final trial and hearing hereof, Plaintiff recovers nothing from Defendants, but Defendants go hence without delay and

Defendants Original Answer
2574955v1
03646.668



Page 1

recover costs of court and other such further relief, both general and special, to which Defendants may be justly entitled.

                                  Respectfully submitted,

/s/ Roger D. Higgins
Roger D. Higgins       State Bar No. 9601500
Vanessa A. Rosa      State Bar No. 24081769

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Telecopy: (214) 871-8209
rhiggins@thompsoncoe.com
vrosa@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS AND STEVE KRETSCHMAR**

## CERTIFICATE OF SERVICE

This is to certify that on October 24, 2016 a true and correct copy of the foregoing was delivered to the following counsel for Plaintiff by electronic service:

Chat T. Wilson
CHAD T. WILSON LAW FIRM PLLC
1322 Space Park Drive, Suite A155
Houston, TX 77058
Telephone: (823) 451-1432
Facsimile: (281) 940-2137
cwilson@cwilsonlaw.com

/s/Vanessa Rosa
Vanessa Rosa