IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD LEITSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| DAVID ROBERTS, AND STEVE | § | |
| KRETSCHMAR, | § | |
| | § | |
| Defendants. | § | |

## STEVE KRETSCHMAR'S CONSENT TO REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Steve Kretschmar, one of the Defendants in the above entitled and numbered cause and files this his Consent to Removal and would show this Honorable Court:

I.

Steve Kretschmar hereby consents to the removal of the state court action styled *Todd Leitstein v. Allstate Vehicle and Property Insurance Company, David Roberts, and Steve Kretschmar,* Cause No. DC-16-11723, pending in the 298th Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division.



CONSENT TO REMOVAL - PAGE 1
2579334v1
03646.668

Respectfully submitted,

/s/ Vanessa A. Rosa
    Vanessa A. Rosa
    State Bar No. 24081769
    vrosa@thompsoncoe.com
    Roger D. Higgins
    State Bar No.  09601500, IL 6182756
    rhiggins@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     (214) 871-8200
Fax:               (214) 871-8209

ATTORNEYS FOR DEFENDANTS
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, DAVID ROBERTS, AND
STEVE KRETSCHMAR