# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**
   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 298th District Court Dallas County, Texas | DC-16-11723 |

2. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Todd Leitstein, Plaintiff | Chad T. Wilson<br>State Bar No. 24079587<br>CWilson@cwilsonlaw.com<br>Stephen Mengis<br>State Bar No. 24094842<br>SMengis@cwilsonlaw.com<br>CHAD T. WILSON LAW FIRM PLLC<br>1322 Space Park Drive, Suite A155<br>Houston, TX 77058<br>Telephone: (823) 451-1432<br>Facsimile: (281) 940-2137 |
   | Allstate Vehicle and Property Insurance Company, David Roberts, and Steve Kretschmar, Defendants | Vanessa A. Rosa<br>State Bar No. 24081769<br>vrosa@thompsoncoe.com<br>Roger D. Higgins<br>State Bar No. 09601500, IL 6182756<br>rhiggins@thompsoncoe.com<br>THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>700 North Pearl Street, 25th Floor<br>Dallas, Texas 75201 |

|  | **Party and Party Type** | **Attorney(s)** |
|---|---|---|
|  |  | Telephone: (214) 871-8200 |
|  |  | Facsimile: (214) 871-8209 |

3. **Jury Demand:**

    Was a Jury Demand made in State Court?    ☒ Yes    ☐ No

    Plaintiff Todd Leitstein demanded a jury trial in his petition filed on September 13, 2016.

4. **Answer:**

    Was an Answer made in State Court?    ☒ Yes    ☐ No

    Defendants Allstate Vehicle and Property Insurance Company, David Roberts, and Steve Kretschmar filed their Original Answer on October 24, 2016.

5. **Unserved Parties:**

    All parties have been served at the time this case was removed.

6. **Nonsuited, Dismissed or Terminated Parties:**

    There is no change to the style on the State Court papers.

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | **Party** | **Claim(s)** |
    |---|---|
    | Plaintiff | Plaintiff alleges the following causes of action: |
    |  | 1. Breach of contract; |
    |  | 2. Noncompliance with Texas Insurance Code: Unfair Settlement Practices; |
    |  | 3. Noncompliance with Texas Insurance Code: Prompt Payment of Claims Statute; |
    |  | 4. Breach of the Duty of Good Faith and Fair Dealing; |
    |  | 5. Violations of the Deceptive Trade Practices Act; |
    |  | 6. Negligent Hiring; and |
    |  | 7. Fraud |
    | Defendants | Defendants deny Plaintiff's allegations. |