IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD LEITSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-03004-L |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| DAVID ROBERTS, AND STEVE | § | |
| KRETSCHMAR, | § | |
| | § | |
| Defendants. | § | |

### ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS, AND STEVE KRETSCHMAR'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendants, Allstate Vehicle and Property Insurance Company, David Roberts, and Steve Kretschmar, and hereby provide the Court with the following identification of interested persons:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Allstate Vehicle and Property Insurance Company
2775 Sanders Road
Northbrook, IL 60062
 Defendant.
 Allstate Vehicle and Property Insurance Company is an Illinois corporation and a wholly-owned subsidiary of Allstate Insurance Holdings, LLC. Allstate Insurance Holdings, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

CERTIFICATE OF INTERESTED PERSONS - PAGE 1
2578158v1
03646.668

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Todd Leitstein
    Plaintiff.

Allstate Vehicle and Property Insurance Company
    Defendants.

David Roberts
    Defendants.

Steve Kretschmar
    Defendants.

Chad T. Wilson
State Bar No. 24079587
CWilson@cwilsonlaw.com
Stephen Mengis
State Bar No. 24094842
SMengis@cwilsonlaw.com
CHAD T. WILSON LAW FIRM PLLC
1322 Space Park Drive, Suite A155
Houston, TX 77058
Telephone:  (823) 451-1432
Facsimile:  (281) 940-2137

    Counsel for Plaintiff.

Vanessa A. Rosa
State Bar No. 24081769
vrosa@thompsoncoe.com
Roger D. Higgins
State Bar No.  09601500, IL 6182756
rhiggins@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:    (214) 871-8200
Fax:             (214) 871-8209
    Counsel for Defendants.

Respectfully submitted,

*/s/ Vanessa A. Rosa*
Vanessa A. Rosa
State Bar No. 24081769
vrosa@thompsoncoe.com
Roger D. Higgins
State Bar No. 09601500, IL 6182756
rhiggins@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:   (214) 871-8200
Fax:              (214) 871-8209

ATTORNEYS FOR DEFENDANTS
ALLSTATE VEHICLE AND PROPERTY INSURANCE
COMPANY, DAVID ROBERTS, AND STEVE
KRETSCHMAR

## CERTIFICATE OF SERVICE

This is to certify that on October 27, 2016, a copy of this document was served to all Counsel of Record via electronic notice and/or certified mail, return receipt requested to:

Chad T. Wilson
CWilson@cwilsonlaw.com
Stephen Mengis
SMengis@cwilsonlaw.com
CHAD T. WILSON LAW FIRM PLLC
1322 Space Park Drive, Suite A155
Houston, TX 77058
Telephone: (823) 451-1432
Facsimile: (281) 940-2137

*/s/ Vanessa A. Rosa*
Vanessa A. Rosa

**CERTIFICATE OF INTERESTED PERSONS - PAGE 3**
2578158v1
03646.668