IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TODD LEITSTEIN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3004-L |
| | § | |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, DAVID ROBERTS, AND STEVE KRETSCHMAR,** | § | |
| | § | |
| Defendants, | § | |

## ORDER

Before the court is the parties Agreed Motion to Remand, filed October 31, 2016 (Doc.6). After consideration, the court determines this motion should be and is hereby **granted**. This action is hereby **remanded** to the 298th Judicial District Court, Dallas County, Texas. The clerk of the court shall effect the remand in accordance with the usual procedure.

**It is so ordered** this 31st day of October, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**